**Order entered April 16, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01013-CV

### CHRISTOPHER GRAHAM, Appellant

### V.

### DARLA COMPTON, Appellee

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05792-C**

### ORDER

On March 19, 2021, we suspended the deadline for filing appellant's brief pending the filing of a supplemental clerk's record containing certain records from the justice court. A supplemental clerk's record was filed March 26 and a corrected supplemental clerk's record was filed April 15. Accordingly, we **ORDER** appellant to file his brief no later than May 17, 2021. To avoid any confusion, we **STRIKE** the March 26th supplemental record.

/s/ CRAIG SMITH
JUSTICE